# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
| v. | CASE NUMBER:  06-po-07137 |
| ANGELA EBERHART | Christine Dieringer |

**THE DEFENDANT:**
 Pleaded guilty to count one of the Information.

**ACCORDINGLY,**  the court has adjudicated that the defendant is guilty of the following offense:

| **Title & Section** | **Nature of Offense** | **Date Offense Concluded** | **Count Number(s)** |
|---|---|---|---|
| CRS 18-9-204.5(3)(a) | Ownership of a Dangerous Dog | 6/10/2006 | 1 |

　　　　The defendant is sentenced as provided in this judgment in accordance with the findings and conclusions made in open court, and  incorporated herein by this reference. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Counts One and Tow of the Information are dismissed on the motion of the United States.

　　　　IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

　　　　　　　　　　　　　　　　　　　　　　　　October 11, 2006
　　　　　　　　　　　　　　　　　　　　　　　　Date of Imposition of Judgment

　　　　　　　　　　　　　　　　　　　　　　　　s/Michael J. Watanabe
　　　　　　　　　　　　　　　　　　　　　　　　Signature of Judicial Officer

　　　　　　　　　　　　　　　　　　　　　　　　Michael J. Watanabe
　　　　　　　　　　　　　　　　　　　　　　　　U.S Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　Name & Title of Judicial Officer

　　　　　　　　　　　　　　　　　　　　　　　　October 12, 2006
　　　　　　　　　　　　　　　　　　　　　　　　Date

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $150.00 | $10.00 | |
| **TOTALS** | $150.00 | $10.00 | $0.00 |

Interest shall not apply. It is the further order of this court that the Defendant perform 48 hours of useful public service.